## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SANDOVAL COUNTY, NEW MEXICO; | ) |
| SANDOVAL COUNTY BOARD OF | )   NO. CIV 88-1457-BRB-DJS |
| COMMISSIONERS; WILLIAM SAPIEN, | ) |
| DON LEONARD, DAVID BENCY, JACK E. | ) |
| THOMAS, and JOSHUA MADALENA, | ) |
| Members of the Sandoval County | ) |
| Board of Commissioners; and | ) |
| SALLY PADILLA, Sandoval County | ) |
| Clerk, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### AMENDED JOINT STIPULATION

The United States, Sandoval County ("County"), and remaining defendants, agree

through their undersigned counsel to the following Joint Stipulation.

Sandoval County has been covered under Section 203 of the Voting Rights Act, 42

U.S.C. § 1973aa-1a, for American Indians since 1975.  40 Fed. Reg. 43044 (Sept. 18, 1975); 49

Fed. Reg. 25887 (June 25, 1984); 57 Fed. Reg. 43213 (Sept. 18, 1992); 67 Fed. Reg. 48871 (July

26, 2002).  At present, the County is covered under Section 203 for Navajo and Pueblo (Keres

and Towa) languages.  67 Fed. Reg. 48871 (July 26, 2002).  Based on information provided by

the Census Bureau, the Indian reservations that triggered coverage are the Pueblos of Zia, Santo

Domingo, San Felipe and Jemez, and the Navajo Nation Reservation.

Section 203 requires that all information that is provided by Sandoval County in English about voter "registration or voting notices, forms, instructions, assistance, or other materials or information relating to the electoral process, including ballots," must be provided in Keres, Towa, and Navajo to the extent that they are needed to allow language minority group members to be informed of and participate effectively in the electoral process and all voting-related activities.  42 U.S.C. § 1973aa-1a(c).  The provisions of Section 203 apply to all stages of the electoral process, "including, for example the issuance, at any time during the year, of notifications, announcements, or other informational materials concerning the opportunity to register, the deadline for voter registration, the time, places and subject matters of elections, and the absentee voting process."  *Attorney General's Procedures for the Implementation of the Provisions of the Voting Rights Act Regarding Language Minority Groups*, 28 C.F.R. § 55.15.  Because Keres, Towa, and Navajo are historically unwritten, defendants are required to furnish oral instructions, assistance and other information relating to registration and voting in Keres, Towa, and Navajo.  42 U.S.C. § 1973aa-1a(c); <u>see also</u> 28 C.F.R. § 55.12(c).

In December of 1988, the United States brought this action against the State of New Mexico and Sandoval County alleging violations of Sections 2 and 203 of the Voting Rights Act for failure to provide American Indian citizens with adequate language assistance regarding all aspects of the electoral process.  On March 23, 1990, the parties entered into a settlement agreement which provided for the development and implementation of a comprehensive bilingual Native American Election Information Program ("NAEIP") for the American Indian citizens of Sandoval County.  A detailed description of the NAEIP was filed with the court on April 30, 1990.  On May 17, 1990, this Court ordered the County to implement the NAEIP.

The settlement required that State and County officials hire voting rights language coordinators ("VRCs") to disseminate election information in the Navajo and Keres languages. Through the VRCs, the State and/or County were required to carry out a comprehensive program to provide election information to Indians regarding every phase of the electoral process.[1]

The County failed, however, to comply substantially with the terms of the NAEIP. Indeed, based primarily on the reports of federal election observers who monitored election day practices and procedures at the County's predominantly Indian precincts, the United States noted continuing problems regarding dissemination of information and assistance to voters in the predominantly Indian precincts, and the utter failure to provide translator training as required by the NAEIP.

Counsel for the United States met repeatedly with County officials to resolve compliance problems without court intervention. The County improved its compliance record in some areas, but continued its overall record of indifference (and at times outright hostility) to major substantive portions of the NAEIP.

In June 1993 the United States moved to reactivate the case for continued discovery, including document production and depositions. The Court granted that motion and the ensuing discovery, including the deposition of the County Clerk, uncovered compelling evidence of the County's failure to comply with the consent decree. Based on that evidence, Sandoval County agreed to negotiate an extension and modification of the decree.

---

[1]     Pursuant to the provisions of the settlement agreement, the case was dismissed as against the state defendants on December 31, 1990. Nevertheless, state officials pledged to continue the state program and the state has maintained an NAEIP program, staffed with Native American coordinators, since that time.

The parties filed a revised consent decree on August 30, 1994, and separately filed a revised NAEIP.  The revised NAEIP included provisions designed to remedy the compliance problems with the NAEIP.  Among the changes were adding Towa to the languages covered by the decree; extending the decree's duration by ten years; adding a third, full-time, Towa-speaking VRC; transferring control of the NAEIP from the County Clerk, who had been hostile to the program since its inception, to the County Attorney; the insertion of explicit language preventing interference with the VRCs' ability to travel, obtain access to County facilities, or perform other tasks in furtherance of the NAEIP; and establishing Voting Rights Act coverage for Sandoval County under Sections 3(a) (federal observers) and 3(c) (preclearance).[2]  This Court entered the revised decree and NAEIP on September 9, 1994.

Pursuant to the Court's order, the United States assigned federal observers to monitor Sandoval County elections, and the United States conducted extensive investigations of the actions of Sandoval County in complying with the revised NAEIP and Section 203 of the Voting Rights Act from 1994 through June of 2004.

Based on information gathered from 1994 through June of 2004, the United States determined that Sandoval County, despite making some improvements, failed to implement fully the NAEIP and to furnish all instructions, assistance and other information relating to voting orally in the Navajo and Keresan language, in violation of the Order and Section 203.

---

[2]    The 1992 amendments to Section 203 made Sandoval County covered for Towa as well as Navajo and Keres.  This highlighted the need for modifying the consent decree to add provisions requiring publicity and language assistance in the Towa language, and the addition of a third, Towa-speaking VRC.

The United States conferred with Sandoval County, including its County Attorney, to discuss and resolve noted compliance problems.  The parties agreed that efforts to amend and extend the Order were justified.  Thus, the parties moved jointly to extend and amend the Court's Order of September 9, 1994 until January 15, 2007.  The Court granted that joint motion on November 5, 2004 and entered the amended and simplified consent decree ("Revised Order").

Since the November 5, 2004 extension, the United States has monitored three elections: the November 2004 general election and the 2006 primary and general elections.   The United States and Sandoval County have worked cooperatively to resolve compliance problems. Notwithstanding those efforts, compliance problems remain.

Indeed, while Sandoval County has made some progress in making the election process accessible to the Native American population of the County, reports of federal observers who monitored elections have demonstrated that Sandoval County has failed to furnish all instructions, assistance and other information relating to voting orally in Keres, Towa, and Navajo, in violation of this Court's Revised Order.  Moreover, Sandoval County has failed to enact into local law provisions of the NAEIP, as required by the Revised Order.  Such failures constitute good cause to extend the consent decree.

Accordingly, the parties stipulate to the following:

1.      Defendants shall make all phases of the election process as accessible to the Native American populations at the Torreon, Ojo Encino, and Counselors Chapters of the Navajo Nation, as well as the Jemez, Zia, Santo Domingo, and San Felipe Pueblos, as they are to the remainder of the County's population.  Accordingly, Sandoval County shall continue to provide information, publicity, and assistance in Keres, Towa, and Navajo in voter registration, voter

registration cancellation, absentee voting, early voting, procedures at the polls including translation of the ballot, and training of polling officials and translators as outlined in the attached NAEIP.

2.      To assist in the effectiveness of this Joint Stipulation and to ensure the continued enforcement of the voting guarantees of the Act and the Fourteenth and Fifteenth Amendments of the Constitution, Sandoval County should remain designated for federal observers pursuant to Section 3(a) of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973(a).  Sandoval County recognizes the authority of federal observers to observe all aspects of the voting process conducted in the polls on election day, including assistance to voters in the voting booth provided that the voter does not object to being observed.

3.      Defendants acknowledge that permanent procedures need to be instituted in order to ensure ongoing compliance with Sections 2 and 203 of the Voting Rights Act, and the Fourteenth and Fifteenth Amendments to the Constitution.  During 2007, defendant county commissioners shall enact into local law the revised NAEIP for use in future elections in Sandoval County.

4.      This Stipulation shall remain in effect through January 15, 2009.

5.      The Court shall retain jurisdiction to enter further relief or such other orders as may be necessary for the effectuation of the terms of this Joint Stipulation and to ensure compliance with Sections 2 and 203 of the Voting Rights Act, and the Fourteenth and Fifteenth Amendments to the Constitution.

6.      The Native American Information Program to be implemented by Sandoval County is attached to this Joint Stipulation.

Agreed and stipulated to on this 2nd day of April 2007.

For Plantiff:                               For Defendants

UNITED STATES OF AMERICA        SANDOVAL COUNTY, et al.

LARRY GOMEZ                          /s/ DAVID MATHEWS
Acting United States Attorney          Sandoval County Attorney
                                        P. O. Box 40
Electronically Filed                   Bernalillo, NM 87004
/s/ RAYMOND HAMILTON             Bernalillo NM 87004
Assistant United States Attorney

WAN J. KIM
Assistant Attorney General

JOHN K. TANNER
GAYE L. TENOSO
RICHARD DELLHEIM
JARED SLADE
Attorneys, Voting Section
Civil Rights Division
Department of Justice
Room 7254-NWB
950 Pennsylvania Avenue
Washington, D.C.  20530
202-305-1734

**NATIVE AMERICAN ELECTION INFORMATION PROGRAM**

A.  County Voting Rights Coordinators   . . . . . . .   3

B.  Intergovernmental Coordination . . . . . . . . . .   9

C.  Tribal Election Liaisons  . . . . . . . . . . . .   11

D.  Translations  . . . . . . . . . . . . . . . . . .   12

E.  Dissemination of Election-Related Information   .   16

F.  Absentee Voting   . . . . . . . . . . . . . . . .   22

G.  Election Day Procedures   . . . . . . . . . . . .   24

H.  Purge Process   . . . . . . . . . . . . . . . . .   27

I.  Records   . . . . . . . . . . . . . . . . . . . .   29


CONCLUSION   . . . . . . . . . . . . . . . . . . . . .   33

A.    <u>County Voting Rights Coordinators</u>

    1.   <u>General</u>.  Sandoval County, under the supervision of the
Sandoval County Attorney acting on behalf of the Sandoval County
Commission, shall continue to employ at least three full-time
Voting Rights Coordinators to coordinate the Native American
Election Information Program (NAEIP) in the county.  The
requirements of the NAEIP shall apply to all elections held
within Sandoval County which include any Native American-majority
precinct located in whole or in part on the following
reservations which, based on 2000 Census data, triggered the
bilingual voting information requirements of Section 203 of the
Voting Rights Act for Navajo and Pueblo Indians in the county:
the Pueblos of Jemez, San Felipe, Santo Domingo and Zia, and the
Counselors, Ojo Encino and Torreon and Chapters of the Navajo
Nation ("covered reservations").  These elections include
primary, general and special elections, as well as elections for
the Cuba, Jemez and Bernalillo Independent School Districts.  One
of the Voting Rights Coordinators shall be fluent in Keres and
English, one shall be fluent in Navajo and English, and one shall
be fluent in Towa and English.  The Navajo-fluent coordinator
shall coordinate the election information programs for Cuba
Independent School District elections in the relevant precincts,
the Keres-fluent coordinator shall coordinate the election

information programs for Bernalillo Independent School District
elections in the relevant precincts and the Towa-fluent
coordinator shall coordinate the election information programs
for Jemez Independent School District elections in the relevant
precincts.  The coordinators shall be supervised by the Sandoval
County Attorney acting on behalf of the Sandoval County
Commission.  Daily supervision of the coordinators may be
delegated to the Director of the Sandoval County Community
Services Division, at the discretion of the County Attorney.  The
duties of the coordinators shall be limited to those necessary to
implement the goals and tasks specified in the NAEIP.  Each
coordinator shall be paid a salary in accordance with a
compensation salary schedule.  The provisions of the personnel
ordinance of Sandoval County shall apply to the coordinators.
The Voting Rights Coordinators may be discharged only for cause,
and only by the County Attorney or the County Commission.

     2.   <u>Filling Voting Rights Coordinator vacancies</u>.  If a
vacancy occurs in a Voting Rights Coordinator position, the
County Attorney shall immediately notify the United States and
shall fill the vacancy within 90 days, after consultation with
Native American leaders as outlined below.  During the period of
vacancy the duties of the vacant position will be performed by
the other coordinators.  A vacancy does not relieve the county of
its obligations under the NAEIP.

     3.   <u>Consultation with Native American officials</u>.  Voting
Rights Coordinator vacancies shall be filled by the County

Attorney after consultation with the All Indian Pueblo Council
(AIPC) or Navajo Elections Administration (NEA), as appropriate,
the Pueblo or Navajo Tribal officials of the relevant
reservations in Sandoval County, and the United States.  To that
end, the County Attorney shall request from the appropriate
officials the names of at least two persons recommended for the
respective position, and the County Attorney shall seriously
consider those persons, but may hire other qualified applicants.
For the Keres-fluent Voting Rights Coordinator position,
recommendations shall be sought from the AIPC and the Governors
of the Pueblos of San Felipe, Santo Domingo and Zia.  For the
Navajo-fluent Voting Rights Coordinator position, recommendations
shall be sought from the NEA and the Presidents of the
Counselors, Torreon and Ojo Encino Chapters of the Navajo Nation.
For the Towa-fluent Voting Rights Coordinator, recommendations
shall be sought from the AIPC and the Governor of the Jemez
Pueblo.

     4.  <u>Training of coordinators</u>.  The Voting Rights
Coordinators shall be trained by the state and county in all
aspects of the election process, and shall attend all election
seminars conducted by the Secretary of State and/or Sandoval
County Clerk.  Voting Rights Coordinators shall be fully briefed
by the County Attorney concerning their duties and
responsibilities under the NAEIP.  Representatives of the AIPC
and/or Pueblo tribal officials of Sandoval County and the NEA
and/or Navajo tribal officials of Sandoval County, as

appropriate, shall be invited to attend these seminars and
briefings.

5.  <u>Field visits</u>.  The Voting Rights Coordinators shall,
under the supervision of the County Attorney, oversee the
county's NAEIP generally and visit on a regular basis each
covered reservation.  In the course of these visits, the Voting
Rights Coordinators shall perform at least the tasks specified in
the attached Schedule in accordance with the timetable set forth
therein.  Further, the Voting Rights Coordinators shall announce
and hold regular office hours at the Satellite Election Offices
(see paragraph A.12. below).

6.  <u>Record of field visits</u>.  The Voting Rights
Coordinators, or other county officials designated by the County
Attorney, shall maintain a record of the date and purpose of each
visit for election-related purposes to each Pueblo community
center, Navajo Chapter House, or other sites on the Pueblo and/or
Navajo Indian Reservations.

7.  <u>Training of election personnel</u>.  The Voting Rights
Coordinators shall conduct the training of all poll officials,
tribal election liaisons, and other election-related personnel
who will participate in the NAEIP.  For each election covered by
the NAEIP, the coordinators shall conduct at least one formal
training session for all Keres-speaking election personnel, one
formal training session for all Navajo-speaking personnel and one
formal training session for all Towa-speaking personnel.  Each
Pueblo Governor and Navajo Chapter President whose Chapter or

Pueblo is in whole or in part within Sandoval County shall be notified in writing, at least two weeks before the scheduled training, of each training session and be invited to send a representative.  Training sessions shall be open to the public and shall be held at locations convenient to trainees.

8.  <u>Delivery of election information to other governmental entities</u>.  The Voting Rights Coordinators shall coordinate the delivery of Native American election information to school districts in Sandoval County.  The Voting Rights Coordinators shall, upon request, coordinate delivery of election information to other governmental entities that conduct elections and voter registration within the county.

9.  <u>NAEIP and travel budgets</u>.  Sandoval County shall establish a separate travel budget for the Voting Rights Coordinators which shall be sufficient to cover their travel expenses incurred in carrying out their duties, obligations and responsibilities to effectively implement the NAEIP. Coordinators shall be reimbursed for expenses incurred for travel incident to bona fide NAEIP business, including visits to Pueblos or Navajo Chapters and to sites for training programs.  The county also shall establish a separate, itemized NAEIP budget, and shall generate quarterly reports itemizing expenditures made to implement the NAEIP.

10.  <u>Access to Clerk's Office facilities</u>.  The Voting Rights Coordinators shall have full access to the records and facilities of the Office of the County Clerk, including access to computers.

They shall have the authority to inspect, modify, update, and generate reports from all County Clerk election records, whether in computer or other form, in order to fulfill the goals of the NAEIP.  The County Clerk shall provide the Voting Rights Coordinators with updated lists of registered voters by precinct ("alpha lists") on the first day of each month.  The Voting Rights Coordinators shall be authorized to provide copies of alpha lists without charge to any Pueblo Governor or Navajo Chapter President, whose Pueblo or Chapter is in whole or in part in Sandoval County, upon oral or written request from that Governor or Chapter President.

12.  <u>Satellite Election Offices</u>.  Sandoval County shall establish three permanent Satellite Election Offices.  One office shall be established at a location within the Torreon Navajo Chapter.  Another office shall be established at a location within the San Felipe, Santo Domingo or Zia Pueblo, if practicable; otherwise, the County may establish an election office for the sole use of the Keres-speaking Voting Rights Coordinator at a location within the Sandoval County Courthouse. The third office shall be established at a location within the Jemez Pueblo.  The county shall be responsible for equipping, but not renting, such offices.

13.  <u>Function of Satellite Election Offices</u>.  Each Satellite Election Office shall serve:  as the principal place for office

hours for the Voting Rights Coordinators;[3] as a library of written and recorded election information; and as a distribution point for the dissemination of election information.  The Satellite Election Office shall also serve as a site for the performance of all functions related to the election process that can be performed at the county courthouse, including but not limited to: registering to vote or updating voter registration information; filing by residents of Chapters or Pueblos as a candidate for office; and applying for and casting an absentee ballot.  The Voting Rights Coordinators shall announce and maintain regular office hours at the Satellite Office.

     14.  Satellite Office equivalent to county courthouse. Delivery of a voter registration application or performance of any other election-related task at a Satellite Election Office shall be effective in terms of all time deadlines and requirements as if the application had been delivered, or the task performed, at the county courthouse.

     15.  Supplies and equipment.  A supply of all forms and materials necessary to complete all functions related to the election process shall be maintained at each Satellite Election Office.  Copies of all materials, information and audio or video tapes required to be disseminated pursuant to the NAEIP, including all election-related materials prepared by the state,

---

     [3] The Keres-fluent Voting Rights Coordinator may choose to spend up to 4 days a week away from this office.  The other Voting Rights Coordinators may choose to spend up to 3 days a week away from this office.

likewise shall be available in each office, together with appropriate office supplies, typing equipment, and audio or visual equipment.

B.   Intergovernmental Coordination

1.   Cooperation with the State.  Sandoval County and the Voting Rights Coordinators shall request and accept all training, materials and services available from the State of New Mexico in furtherance of the implementation of the NAEIP, and shall encourage the production of such training, materials and services by the state.  The Voting Rights Coordinators shall contact, at least monthly, state personnel, including personnel in the Office of the Secretary of State, Bureau of Elections, and the state's Native American Election Information Program in order to coordinate state and county activities and efforts, and for advice and assistance associated with the NAEIP.  Sandoval County shall encourage the assistance of such state personnel, and shall at all times welcome their presence in the county to assist in implementation of the NAEIP or to assist Native Americans in any phase of the election process.

2.   Cooperation with other counties.  The county is encouraged to work with other counties in New Mexico and neighboring states which have programs for Native American language minorities to coordinate election activities, including the development of standard terminology for the translation of election materials into Navajo and Keres.

3.   <u>Consultation with Native American officials</u>.   Sandoval County shall invite representatives of the AIPC, the NEA and officials of the Pueblos and Chapters within the county to assist in all phases of the NAEIP, including translations (see paragraph D.5.).

4.   <u>Designation Under Section 3(c) of the Voting Rights Act</u>.

Sandoval County is designated pursuant to Section 3(c) of the Voting Rights Act, 42 U.S.C. 1973a(c) for the duration of the NAEIP, so that during that period no alteration of any voting qualification or prerequisite to voting or any standard, practice, or procedure with respect to voting, may be implemented by Sandoval County without prior clearance from this Court or from the Attorney General of the United States.  Such changes include, but are not limited to, amendments to the NAEIP and changes in polling places within Sandoval County, and, as to state-mandated changes affecting voting, those practices and procedures with respect to which Sandoval County has discretion in implementation or administration.  The Sandoval County Clerk shall notify the Sandoval County Attorney of enactment or adoption of any changes affecting voting mandated by the state. The Sandoval County Attorney shall notify counsel for the United States within ten days of notification to the county by the Secretary of State of any state-mandated changes, and provide to the United States a copy of the pertinent statute, regulation or order.

5.   Cooperation with federal election observers.  To assist
in the effectiveness of this agreement and to enforce the voting
guarantees of the Fourteenth and Fifteenth Amendments, the
appointment of federal examiners for elections in Sandoval County
is authorized pursuant to Section 3(a) of the Voting Rights Act,
42 U.S.C. 1973(a), for at least the period of this agreement.
Sandoval County recognizes the authority of federal observers to
enter and attend at any place for holding an election in the
county for the purpose of observing election procedures,
including entering the voting booth for the purpose of observing
language assistance.

C.   Tribal Election Liaisons

1.   Appointment of liaisons.  The Sandoval County Attorney
shall request each Pueblo Governor and each Navajo Chapter
President, whose Pueblo or Chapter is in whole or in part in
Sandoval County, to identify and/or appoint at least one
individual in each Navajo Chapter and Pueblo to serve as tribal
election liaison(s) between the county and each Pueblo and Navajo
Chapter.

2.   Training of liaisons.  Tribal election liaisons shall
be fully trained by the Voting Rights Coordinators in both
English and in the Keres, Towa or Navajo Indian languages, as
appropriate, in all aspects of the elections process, including
absentee voting, the voter registration and purge processes,
candidate qualifications, election-related deadlines, election

day activities, proposed constitutional amendments and other referenda.

3.   <u>Contracting for translation assistance</u>.   Where necessary and as appropriate, the county may contract with the tribal election liaisons and/or other qualified persons to assist in the effective implementation of this bilingual election program, including for the translation of materials described in Section D below into the applicable Indian language.

4.   <u>Telephone inquiries</u>.   Telephone inquiries from Voting Rights Coordinators, tribal election liaisons, as well as from tribal officials involved in election activities, to the County Clerk's office or a Satellite Election Office respecting election-related matters, should be encouraged and shall be considered official government business and telephone charges may either be reversed or a toll-free number provided.   The county shall provide written notice to all liaisons and tribal leaders of the toll-free number or the ability to reverse charges.

D.   <u>Translations</u>

1.   <u>Time and subject matter of translations</u>.   The following election-related materials and announcements shall be translated into the Navajo and Towa languages and into each of the three dialects of Keres spoken in the covered reservations in Sandoval County, made available on audio and/or video tapes, and provided to the Voting Rights Coordinators at the Satellite Election Offices by the dates specified:

a.   Detailed election calendar for each year (by January 1 of each year);

b.   State, county and school district election proclamations (by the statutory date of proclamation);

c.   Constitutional amendments and other referenda issues on the ballot (within 30 days of the date the English text is determined, and no later than the date of proclamation);

d.   A brief description of each constitutional amendment or other referendum issue on the ballot (by the date of each election proclamation);

e.   Candidate qualification requirements and deadlines (60 days prior to the respective qualification deadlines for primary elections for state and federal offices, primary elections for other offices, independent candidates, and write-in candidates);

f.   The duties, functions and compensation for each office filled by election involving any part of Sandoval County (by October 31, 2004);

g.   Voter registration deadlines (by January 1 of each year, with separate tapes containing deadlines for each type of election);

h.   Instructions relating to voting by absentee ballot (by October 31, 2004);

i.   An explanation of the voter purge process as provided by this Decree (by October 31, 2004);

j.  The offices for each election and the political party for each candidate (by the date on which the ballot is printed); and

k.  Explanations of voting procedures including the operation of voting machines and how to cast a write-in ballot (by October 31, 2004).

l.  An explanation of the circumstances under which a voter may cast a provisional ballot, the circumstances under which the ballot will be counted and information regarding the free access system through which the voter may learn whether the provisional ballot was counted, and if not, the reason that the ballot was not counted (by October 31, 2004).

2.  <u>Discussion/use of tapes at tribal meetings</u>.  The county, through the Voting Rights Coordinators and liaisons, shall seek to ensure that the subject matter and availability of each tape is discussed in at least one tribal meeting of each covered Keres-speaking or Towa-speaking Pueblo reservation or Navajo Chapter House during the appropriate publicity period (see attached Schedule), and that either the Voting Rights Coordinator, tribal election liaison or other trained bilingual person is present to answer any questions concerning the subject matter of the tape.

3.  <u>Copies and transcripts provided to Navajo Chapters and Pueblos</u>.  A copy of each Indian language audio and/or video tape described in this agreement shall be provided to the community center for each covered Pueblo reservation and each Navajo

Chapter House in Sandoval County in the appropriate language.
Separate recordings shall be provided for each election-related
subject matter so as to minimize the extent to which any tape
recording exceeds 10 minutes in length.  A library of currently
applicable tapes, together with English transcripts shall be
maintained at the applicable Pueblo community centers and Navajo
Chapter Houses.  Where translation tapes do not reflect a word-
for-word translation of the original English text, the "English
transcript" referred to above shall consist of the "back-
translation" from the Indian language into English of the Indian
language phrases used, and not the original English text.

    4.  <u>Selection and use of qualified translators</u>.
Translation shall be made by qualified translators contracted
with by the county for that purpose.  The translators shall be
selected after consultation with the tribal officials at each
Chapter and covered Pueblo reservation in Sandoval County, the
NEA, the AIPC, and the United States.  The County Attorney shall
make use of any expertise available from the state and shall
assist in translation of technical or complicated election-
related materials.

    5.  <u>Review by Pueblo and Navajo officials</u>.  To facilitate
uniformity and accuracy in the translation of election materials,
prior to dissemination of any translation, the county shall make
available all such translations to representatives of the AIPC
and/or Pueblo tribal officials or the NEA and/or Navajo tribal
officials within Sandoval County, as appropriate, and provide

them with a reasonable opportunity to review and comment concerning any matter translated.  The county shall maintain a written record of any comments received and the county's response to the comments.

6.  <u>Prompt translation</u>.  The process of translation and review of any election-related material shall begin as soon as the English text is known so that tapes are available on or before the date that English language announcements or materials are available.

E.  <u>Dissemination of Election-Related Information</u>

1.  <u>Coordination with Native American officials</u>.  The county shall coordinate publicity efforts with Pueblo and Navajo Indian tribal officials, and with the NEA and the AIPC.  All election-related announcements, materials and information, including, but not limited to, the election calendar, state and county election proclamations, the voter information pamphlet and sample ballots, shall be made available to each covered Pueblo reservation and Navajo Chapter in whole or in part in the county, the NEA and the AIPC.

2.  <u>Availability to high schools</u>.  Election-related announcements, materials, tapes and other election information shall be made available upon request to the public high schools in the county to familiarize students with all phases of the election process.

3.  <u>Radio and/or Television</u>.  The county shall arrange for the broadcast of brief radio and/or television spot

announcements, in the Keres, Towa and Navajo languages.  The
announcements shall provide a short (less than 5 minutes) general
description of the subject matter and an identification of all
sources for more detailed information, including the Satellite
Election Offices.  The announcements shall be broadcast on one or
more local stations with sufficient coverage to reach all Navajo
Chapters and Pueblos in Sandoval County and shall address at
least the following topics:

a.  Deadlines for voter registration for federal, state and
local elections, including school board elections, and
identification of regularly available voter registration sites in
each Satellite Election Office, Pueblo, Navajo Chapter or other
location convenient to the Indian population.  These
announcements shall be made at least five times each week for the
four weeks preceding the deadlines for registration for each
primary and general election covered under the NAEIP.

b.  The procedures and deadlines for becoming a candidate.
Spot announcements detailing procedures and deadlines for
becoming a candidate shall be made five times each week during
the four weeks preceding each candidate filing date, including
school board elections.

c.  Dates of all elections covered by the NAEIP, a list of
the offices to be elected, a brief description of the topic of
each ballot proposition, and the availability of trained
translators at the polls and the right of each voter who requires
assistance in casting a ballot to be assisted by a person of her

or his choice in accordance with federal law.  Announcements shall be made five times each week during at least the three weeks prior to the deadline for registration for the corresponding election.

d.  The county shall request that the above identified announcements be aired as a public service and that they be made at times calculated to reach the largest possible audience.

4.  <u>Print Media</u>.  English election announcements detailed in paragraph E.3 shall be published on a weekly basis in the <u>Navajo Times</u> and the newsletters of each covered Pueblo reservation in Sandoval County for the publicity periods noted in that paragraph.

5.  <u>Targeting of media area</u>.  For elections which involve geographic areas less than the entire county, announcements required to be made pursuant to Paragraph 3 and 4 above shall be made in the applicable language (Navajo, Towa, and/or Keres) and in the media (radio, television, print) covering such area.

6.  <u>Demonstration of use of voting machines</u>.  The County Clerk shall make available to the Voting Rights Coordinators facsimiles of voting machines or devices for their use in training tribal election liaisons and poll officials and in conducting voter education programs at Pueblo community centers and Navajo Chapter Houses.

7.  <u>Other Pueblos</u>.  The Voting Rights Coordinators shall disseminate the election information outlined in paragraph D.1 above to the other Keres-speaking Pueblos (Cochiti and Santa Ana)

- 19 -

and to Sandia Pueblo.  Although the county is not subject to the
minority language requirements of Section 203 of the Voting
Rights Act with respect to the residents of these Pueblos, the
Voting Rights Coordinators shall foster and facilitate efforts by
tribal election liaisons, tribal officials or other qualified
persons to translate and disseminate the election information in
the Keres or Tiwa language, as appropriate.

     8.   <u>Monitoring</u>.  The county shall evaluate its publicity
programs on an ongoing basis through consultation with the tribal
election liaisons, the AIPC and/or Pueblo tribal officials, the
NEA and/or Navajo tribal officials of Sandoval County, and the
United States.

F.   <u>Absentee Voting</u>

     1.   <u>Delivering, filling out, and collecting applications on
the reservations</u>.  The county shall supply applications for
absentee ballots to all Voting Rights Coordinators and tribal
election liaisons.  The Voting Rights Coordinators and tribal
election liaisons shall deliver applications to the Chapters and
Pueblos, assist voters in filling them out, and collect
applications for return to the County Clerk's Office.  The Voting
Rights Coordinators and tribal election liaisons shall return
completed absentee ballot applications to the County Courthouse
as soon as practicable, but no later than five (5) business days
following the day on which the Voting Rights Coordinators and/or
tribal election liaisons accepted completed absentee ballot
applications.  Each Satellite Election Office shall have the

necessary materials and personnel available during regular office
hours so that an absentee or early ballot can be cast in person
there and be counted as if the ballot had been cast at the county
courthouse.

2.  <u>Absentee voting at tribal meetings</u>.  The county shall
provide an opportunity for Indian citizens, qualified to vote
pursuant to state law, to cast absentee ballots within their
precincts by ensuring that the Voting Rights Coordinators attend
the last tribal meeting prior to each primary, general, special
or school board election, for each Pueblo and Navajo chapter in
whole or in part within the county, so that eligible persons may
obtain and, if they desire, cast absentee ballots in person at
that time.  Voting Rights Coordinators, tribal election liaisons,
or county officials shall announce and explain personally, or
through trained translators at the tribal meetings, the
availability of and instructions for voting absentee.  It shall
be sufficient for voters on the reservations to have their
absentee ballot application witnessed only by another registered
voter.

3.  <u>Announcements</u>.  Announcements shall be made regarding
the availability of absentee balloting, including the standards
of eligibility for absentee ballots and for voting absentee,
during any tribal meeting prior to the deadline for voting by
absentee ballot under state law, and where such meetings fall in
the absentee voting period.  The availability of absentee
balloting also shall be made known by posting such information

- 21 -

prominently at the community center for each of the covered
Pueblos, at each Navajo Chapter House and at trading posts or
post offices on the covered reservations; by radio and/or
television announcements pursuant to paragraph E.3 above; and by
print media pursuant to Paragraph E.4 above.

4.   <u>Authorization to deliver and collect ballots</u>.   Voting
Rights Coordinators shall be authorized to deliver absentee
ballots to voters whose absentee ballot applications have been
accepted by the county clerk, to witness absentee ballots, and to
accept completed absentee ballots from eligible voters for
delivery to the county clerk.   The Voting Rights Coordinators
shall deliver completed absentee ballots to the County Clerk as
soon as practicable, but no later than five business days
following the day on which the Voting Rights Coordinator accepted
the completed absentee ballot, except that all absentee ballots
accepted by the Voting Rights Coordinator during the five days
preceding the deadline for receipt of absentee ballots shall be
delivered to the County Clerk by the deadline for receipt.

G.   <u>Election Day Procedures</u>

1.   <u>Hiring, training and ensuring attendance of poll
officials; consultation</u>.   The County Clerk shall assign at least
the statutory number of poll officials bilingual in English and
the applicable Indian language and fully train them, and engage
in reasonable efforts to secure their presence at the polls on
election day for each Native-American majority precinct which
serves residents of the covered reservations in Sandoval County.

The County Clerk shall consult with the tribal election liaisons,
the NEA and/or Navajo tribal officials of Sandoval County, the
AIPC, and/or other appropriate tribal officials to identify
bilingual individuals qualified to work at the polls.  Alternate
translators shall be designated as required by state law.  The
County Clerk shall provide to the County Attorney no later than
21 days preceding each primary, general or special election a
list of names, addresses, and telephone numbers of the bilingual
poll officials assigned to each Native-American majority election
precinct which serves residents of the covered reservations.

  2.  <u>Training of poll officials; use of tapes</u>.  Poll
officials and translators shall be fully trained, at locations in
the county convenient to the trainees, in English and the
relevant Indian language concerning election day procedures at
the polling places, the contents and issues appearing on the
ballot, and voter purge procedures.  Poll officials and
translators also shall be trained in the relevant Indian language
to translate election day procedures, ballot contents, and voter
registration and purge procedures.  Training in translation of
the ballot in the Keres**,** Towa and Navajo Indian languages shall
include the use of audio and/or video tapes, and one copy of each
tape shall be maintained in accordance with the terms of this
agreement.  A copy of each tape along with a sample ballot shall
be provided to each trainee at the training.  The County may
require that trainees return such tapes and materials to county

officials on election day so that they may be reused.  Training
sessions shall be followed by oral testing in Navajo, Keres or
Towa, as appropriate to ensure their effectiveness.  Bilingual
poll officials and translators shall receive additional
compensation for participating in bilingual training.  Such
training shall be completed no later than the third day before
the relevant election.

    3.  <u>Number of translators per precinct</u>.  For each
additional voting machine at each polling place in excess of one,
the County Clerk shall appoint an additional trained translator.

    4.  <u>Instructions regarding assistance to voters</u>.  At each
training session, poll officials shall be instructed to
specifically advise each voter who requires assistance in casting
a ballot that the voter may choose any person to provide that
assistance, with the exceptions provided in Section 208 of the
Voting Rights Act, 42 U.S.C. 1973aa-6 (the voter's employer or
agent of that employer or officer or agent of the voter's union).
Poll officials shall be further instructed that any voter's
request for assistance in casting a ballot need only be noted in
the signature roster and that it shall be unnecessary for the
voter to execute an affidavit of assistance.  Poll officials also
shall be instructed to cooperate with federal observers as
outlined in paragraph B.5.

    5.  <u>Instructions regarding persons not allowed to vote</u>.  At
each training session, poll officials shall be instructed to
maintain a record of all persons who come to the polls but are

not allowed to vote.  This record shall include each voter's
name, address, the reason the person thought she or he was
eligible to vote at that site, the reason for not permitting the
person to vote, and whether the person was registered at the
polling site for future elections.  Poll officials shall provide
such persons who are eligible with an opportunity to register for
future elections before leaving the polling site.

6.  <u>Distribution of lists of persons not allowed to vote</u>.
A list of the persons not permitted to vote who did not register
at each polling site in Native American-majority election
precincts serving residents of the covered reservations shall be
provided by the County Clerk to the appropriate Voting Rights
Coordinators, who will provide a copy of the appropriate list to
the relevant tribal election liaisons, and the county shall
provide an opportunity to such persons on the list to register to
vote at the earliest possible time.

7.  <u>Dual polling places for tribal and state elections</u>.
The County shall cooperate with the NEA in the establishment of
polling places so that the same buildings can be used for Navajo
tribal and state elections in separate areas of the same
buildings.

8.  <u>Monitoring of election day procedures by Voting Rights
Coordinators</u>.  The Voting Rights Coordinators shall be authorized
to enter polling places on election day to monitor election day
procedures.  In addition to ensuring that the instructions
described above in this section are followed, Voting Rights

Coordinators shall identify and record any instances of unreasonable delays in voting or in translation of the ballot. Where such delays occur, the County shall take whatever steps are necessary, such as providing additional translators and voting machines, to ensure that such delays do not recur in future elections.

H.    Purge Process

1.    National Voter Registration Act as only purge standard. Sandoval County shall implement the standards and procedures of the National Voter Registration Act of 1993 as the standards and procedures for the removal of voters from the voter registration lists of Sandoval County, and no voter shall be removed from the list of eligible voters or denied the right to vote for the failure to vote in any election in Sandoval County subsequent to June 1, 1992, except through those standards and procedures.

2.    Satellite Election Office deemed "central location". Each Satellite Election Office shall be deemed a "central location" under the terms of Section 8(e)(2) of the National Voter Registration Act of 1993.

3.    Pre-screening of "possible purge lists".  At least 60 days prior to the mailing of any notice of removal from the voter registration lists in accordance with Section 8(d)(2) of the National Voter Registration Act of 1993, the County Clerk shall provide to the Voting Rights Coordinators and tribal election liaisons copies of a list of all persons identified for purging from the voting list in each Native American-majority election

precinct serving residents of the covered reservations.  Through
consultation with tribal election liaisons and tribal officials,
the Voting Rights Coordinators shall screen said lists to
identify persons still eligible to vote in Sandoval County.  The
name of each such person shall be removed from the list of voters
to be purged, and it shall be the responsibility of the Voting
Rights Coordinators to correct any errors on the voter list as to
address, precinct assignment, or other matter, and to notify the
voter of such change.  Sandoval County shall be under no
obligation to mail to any such person any notice pursuant to
Section 8(d) of the National Voter Registration Act of 1993.

  4. <u>Distribution and posting of possible purge list</u>.  After
the revisions described in the above paragraph, the list of
persons in the Native American precincts to be sent a notice of
removal from the voter registration lists in accordance with
Section 8(d)(2) of the National Voter Registration Act shall be
provided to tribal officials in each covered reservation in
Sandoval County.  The Voting Rights Coordinators shall post the
names of persons identified on these lists at each Navajo Chapter
House and community center on the covered Pueblo reservations,
with the sole notation that "the following persons should contact
their Voting Rights Coordinator (name) at (contact information)."

  5. <u>Assistance with response to purge notice</u>.  The
appropriate Voting Rights Coordinator shall attempt to contact
personally each voter identified on the list and explain the
purge process.  If the voter so desires, the coordinator

- 27 -

shall assist the voter in filling out the response to the notice, collect the response, and deliver it to the County Clerk's Office.

6.  <u>Final screening of possible purge list</u>.  One week before the registration deadline for each election covered by the NAEIP, the Voting Rights Coordinators shall review the list of those still identified for purging, certify the current residence of all such voters whose current residence is known to them, revalidate the registration of those voters, and make the necessary adjustments to the voter registration records.

I.  <u>Records</u>

1.  <u>Statistical records required</u>.  In addition to copies of tapes and other materials or records mentioned in this agreement, the County shall maintain statistical records including but not limited to:

a.  <u>Voter Registration to be complied by the County Clerk</u>

--Voter registration, by precinct, on a monthly basis.

b.  <u>Voter Purge to be compiled by the County Clerk</u>

--Total number of voters purged, by precinct.
--Total number of voters retained on the voter registration rolls based on certification of eligibility by the Voting Rights Coordinators.
--Total number of voters, by precinct, reinstated by returning post cards.
--Total number of voters validated by other means during the purge period by precinct.

c.  <u>Absentee Voting to be compiled by the County Clerk</u>

--Total number of mail requests for absentee ballots and number of absentee votes cast per precinct pursuant to mail requests.

--Total number of absentee ballots cast, per precinct, in person at the county courthouse.
--Total number of absentee ballots cast, per precinct, in person before a Voting Rights Coordinator on the reservations.

d.   <u>Publicity</u>

--English text, Indian language, date, time and medium of each broadcast (where records are available) or publication pursuant to this agreement.
--Time, place, subject matter and occasion of each instance in which each election-related video and audio tape was played.

All records to be kept by precinct must be kept for each and every (Indian and non-Indian) precinct in Sandoval County.  The records required in paragraphs (a) through (c) of this section are tallies that must be computed by the County Clerk and copies of these tallies shall be provided to the Voting Rights Coordinators and the County Attorney.  Both the raw data used to compute the tallies, and the tallies themselves, shall be maintained at the County Clerk's office, and all records shall be available for public inspection upon request.  Copies of these records shall be sent to the Department of Justice upon request.

2.  <u>Progress reports</u>.  After each election covered by the NAEIP, each Voting Rights Coordinator, under the supervision of the County Attorney, shall prepare a report detailing her or his election-related activities in implementing the goals and provisions of the NAEIP.  A similar report shall be prepared in October of every odd-numbered year.  The United States and the Sandoval County Attorney shall develop a form to be completed by each Voting Rights Coordinator which will constitute the report.

The format of the report shall be a detailed, paragraph-by-paragraph recitation of the specific efforts made by the county to comply with each provision of the NAEIP (for example, dates and times of visits to particular Navajo chapters or Pueblos, and subjects discussed; dates and times of training sessions and whether the election procedure outlined in a particular paragraph was discussed; the date and text of an election announcement published in a particular newspaper; the date, time, subject matter and language of each radio broadcast). If an appropriate provision is not specifically mentioned in the report, noncompliance with it shall be presumed.

3. Budgetary and statistical appendices to report. The County Attorney shall append to each report quarterly printouts showing itemized expenditures within the NAEIP budget. To each report following an election, the County Attorney shall append a printout showing turnout and election results by precinct. The County Clerk shall provide this printout to the County Attorney. The report also shall include the status of Native American voter participation as shown by relevant statistics for the covered period as set forth in Section I.1 of the NAEIP, together with an assessment of the effectiveness of each phase of the program and a recommendation of the steps to be taken, if any, to improve Native American voter participation. A copy of each report shall be provided to the United States, the AIPC, and the NEA within 30 days after the relevant election and by November 30 in odd-numbered years.

## CONCLUSION

This agreement represents the commitment of the parties to provide equal voting rights to all citizens of Sandoval County. Sandoval County intends to fully and faithfully implement this NAEIP, and to maintain such a program indefinitely. At a minimum, the NAEIP shall continue through January 15, 2007. The parties recognize that regular and ongoing reassessment of the above outlined NAEIP by the responsible officials will be necessary in order to ensure that voters are able, and will continue to be able, to enjoy equal access to all phases of the political process in Sandoval County.

**SCHEDULE**

To fulfill the requirements of the NAEIP, the Voting Rights Coordinators shall perform at least the following tasks:

**Even-Numbered Years**

**January**
--Explain contents of the ballot based on the primary election proclamation:  date of election, offices to be filled
--Explain candidate qualifying deadlines and procedures for the primary election[4]
--Explain registration procedures and deadlines for the primary election

**February**
--Explain date, offices to be filled for primary
--Explain candidate qualifying information
--Explain registration procedures and deadlines
--Disseminate information on applying for Precinct Board positions
--Ensure that translation tapes for primary election (except for the list of candidates to appear on the ballot) have been recorded and copied, and that English transcripts have been generated; deliver copies of tapes and transcripts to Chapters and Pueblos

**March**
--Explain date, offices to be filled on ballot
--Explain candidate qualifying information
--Explain registration procedures and deadlines
--Distribute and collect applications for absentee ballots; explain absentee voting process and deadlines

**April**
--Distribute and explain sample ballots: offices, candidates, referenda
--Distribute and collect applications for voting absentee; distribute and collect absentee ballots; explain absentee voting process
--Explain registration procedures and deadlines
--Provide Native American-language instruction to poll workers on election day procedures, and on how to translate offices, candidates, and referenda

---

[4]   The deadlines are in March for major party, minor party, and independent candidates (April for write-in candidates).

--Play translation tapes at each training session; provide each trainee with a copy of each tape
--Distribute translation tapes on ballot contents (including list of candidates on ballot)

**May**
--Distribute and explain sample ballots: offices, candidates, referenda; demonstrate use of voting machines
--Distribute and collect applications for voting absentee; distribute and collect absentee ballots; explain absentee voting process
--Explain registration procedures and deadlines

**June**
**(Before election)**
--Distribute and explain sample ballots: offices, candidates, referenda
--Distribute and collect applications for voting absentee; distribute and collect absentee ballots; explain absentee voting process
-- Conduct bilingual training in relevant language for each bilingual poll worker who will participate in the NAEIP; such training shall include instruction on translation of each office and, if applicable, each ballot proposition, including but not limited to referenda questions, bond propositions, charter amendments, and constitutional amendments
**(Election Day)**
--Monitor polling places to ensure NAEIP compliance by poll workers, including requirement to keep record of voters turned away
--Note any unreasonable delays or other problems
**(After election)**
--Prepare post-election report
--Receive statistical tabulations from County Clerk's Office of tallies required in Section I.1
--Compare registration, turnout, absentee voting, and turnaway rates of Native American versus non-Native American precincts
--Send post-election report, statistical tallies, and Native/non-Native comparisons to DOJ, NEA, AIPC
--Explain candidate qualification procedures and deadlines for minor party, independent, and write-in candidates in the general election[5]

**July**
--Explain offices and referenda on the general election ballot

---

[5]  Deadlines are in July, July, and September, respectively.

--Explain registration procedures and deadlines for general election
--Distribute and collect absentee voting applications; explain absentee voting procedures
--Ensure that translation tapes for general election have been recorded and copied, and that English transcripts have been generated; deliver copies and transcripts to chapters and pueblos

**August**
--Explain offices and referenda on ballot
--Explain registration procedures and deadlines
--Distribute and collect absentee voting applications; distribute and collect absentee ballots; explain absentee voting procedures

**September**
--Explain offices, referenda, and candidates on ballot
--Explain registration procedures and deadlines
--Distribute and collect absentee voting applications; distribute and collect absentee ballots; explain absentee voting procedures
--Distribute translation tapes on ballot contents (including list of candidates on ballot)

**October**
--Distribute and explain sample ballots:  offices, referenda, and candidates on ballot
--Demonstrate use of voting machines
--Distribute and collect absentee voting applications; distribute and collect absentee ballots; explain absentee voting procedures
--Conduct bilingual training in relevant language for each bilingual poll worker who will participate in the NAEIP; such training shall include instruction on translation of each office and, if applicable, each ballot proposition, including but not limited to referenda questions, bond propositions, charter amendments, and constitutional amendments

**November**
**(Before election)**
--Distribute and explain sample ballots:  offices, referenda, and candidates on ballot
--Demonstrate use of voting machines
--Distribute and collect absentee voting applications; distribute and collect absentee ballots; explain absentee voting procedures
**(Election Day)**
--Monitor polling places to ensure NAEIP compliance by poll workers, including requirement to keep record of voters turned away
--Note any unreasonable delays or other problems
**(After election)**
--Prepare post-election report

--Receive statistical tabulations from County Clerk's Office of tallies required in Section I.1
--Compare registration, turnout, absentee voting, and turnaway rates of Native American versus non-Native American precincts
--Send post-election report, statistical tallies, and Native/non-Native comparisons to DOJ, NEA, AIPC

**<u>December</u>**
--Explain offices and referenda (if any) on school district election ballot
--Explain registration procedures, deadlines for school district elections
--Distribute and collect absentee voting applications; explain absentee voting process
--Ensure that translation tapes of next year's election calendar and English transcripts are made; deliver tapes to chapters and pueblos

**Odd-Numbered Years**

**January**
--Distribute sample ballots for school district elections:
explain offices, referenda (if any) and candidates
--Distribute and collect absentee voting applications; distribute
and collect absentee ballots; explain absentee voting process
--Demonstrate use of voting machines

**February**
**(Before school district elections)**
--Distribute sample ballots for school district elections:
explain offices, referenda (if any) and candidates
--Distribute and collect absentee voting applications; distribute
and collect absentee ballots; explain absentee voting process
--Demonstrate use of voting machines
-- Conduct bilingual training in relevant language for each
bilingual poll worker who will participate in the NAEIP; such
training shall include instruction on translation of each office
and, if applicable, each ballot proposition, including but not
limited to referenda questions, bond propositions, charter
amendments, and constitutional amendments
**(Election Day)**
--Monitor polling places to ensure NAEIP compliance by poll
workers, including requirement to keep record of voters turned
away
--Note any unreasonable delays or other problems
**(After school district elections)**
--Prepare post-election report
--Receive statistical tabulations from County Clerk's Office of
all tallies required in Section I.1
--Compare registration, turnout, absentee voting, and turnaway of
Native American versus non-Native American precincts
--Send post-election report, statistical tallies, and Native/non-
Native comparisons to DOJ, NEA, AIPC

**March**
--Deliver copies of list of persons eligible to be purged to
officials at each Chapter and Pueblo; explain New Mexico purge
process under the National Voter Registration Act (NVRA)
--Consult tribal officials, liaisons and registrars in order to
screen the purge list, identify voters who remain eligible to
vote in the county, remove those voters from the purge list, and
correct/update all necessary county records

**April**
--Personally deliver "purge notices" (see Section 8(d)(2) of
NVRA) to each voter remaining on the list of those eligible to be

purged; assist voter in filling out notice card; collect or mail
card
--Post list of persons on list of those eligible to be purged at
each Chapter House and Pueblo community center, with the notation
that the persons listed should contact the relevant Voting Rights
Coordinator
--Explain registration and purge processes

**May**
--Personally deliver "purge notices" to each voter; assist voter
in filling out card; collect or mail card
--Explain registration and purge processes
--Update lists of those eligible to be purged (including county
records, lists provided to Chapter House and Pueblo officials,
and lists posted at chapters and pueblos) to reflect revalidation
of voters' registration through their confirmation of current
address

**June**
--Personally deliver "purge notices" to each voter; assist voter
in filling out card; collect or mail card
--Explain registration and purge processes
--Update lists of those eligible to be purged, as described above
--List those remaining on list of those eligible to be purged in
ads placed in pueblo newsletters and the <u>Navajo Times</u>, with the
notation that the persons listed should contact the relevant
county Voting Rights Coordinator

**July**
--Personally deliver "purge notices" to each voter; assist voter
in filling out card; collect or mail card
--Explain registration and purge processes
--Update lists of those eligible to be purged, as described above
--For voters remaining on list of those eligible to be purged,
certify the current address of all voters whose current address
is known to the county Voting Rights Coordinator; arrange for
their registration to be revalidated and their names to be taken
off purge list

**August and September**
--Explain registration process
--Contact voters identified for purging
--Educate voters generally about the electoral process and voting
issues

**October**
--Prepare report detailing the county's implementation of NAEIP
since February, including purge activities
--Compile statistics regarding purge activities by precinct as
set forth in Section I.1

--Compare purge activities in Native American versus non-Native American precincts
--Send report, statistics and comparison to DOJ, NEA, and AIPC.

**<u>November</u>**
--Explain registration process
--Contact voters identified for purging
--Educate voters generally about the electoral process and voting issues

**<u>December</u>**
--Explain registration process
--Contact voters identified for purging
--Educate voters generally about the electoral process and voting issues
--Send report to DOJ, NEA, AIPC