

United States of America
# Office of
# Personnel Management

Office of the General Counsel
Washington, D.C. 20415

In Reply Refer To:

Your Reference:

Attorney General of the United States
Department of Justice
Washington, DC 20530

Re: Election of

Date   ⊃⊾⊿⊃⅄⊃⊰

State   NEW MEXICO

County   SANDOVAL

Municipality   JEMEZ

Name of Polling Place   JEMEZ MUNICIPLE CENTER

Precinct   # 15

Dear Attorney General:

Pursuant to Section 8 of the Voting Rights Act of 1965, the undersigned served as an Office of

Personnel Management Observer for the election described above.

Enclosed is the report for that election submitted pursuant to Section 8.

Respectfully yours,

Observer(s)

PRINT ERNA CHOSA
Name, Agency and Phone Number

SIGN Erna Chosa

PRINT DAVID TOLEDO

SIGN David Toledo

PRINT Joe ZUNIGA

SIGN

# I. VOTING STATISTICS

| A. Number of persons attempting to vote at the polls | Total | Indian | Hispanic | Black | White |
|---|---|---|---|---|---|
| 1. Voting unchallenged...................... | 100 | 99 | 0 | 0 | 1 |
| 2. Voting challenged or by questioned ballot.... | 0 | 0 | 0 | 0 | 0 |
| 3. Not permitted to vote or turned away for any reason........................ | 4 | 4 | 0 | 0 | 0 |
| 4. Total of 1, 2, 3........................ | 104 | 103 | 0 | 0 | 1 |

| B. Number of persons receiving language assistance. Specify language (e.g. Navajo, Keresan, Towa) | Total | Indian language TOWA | | | Spanish |
|---|---|---|---|---|---|
| | 1 | 1 | 0 | 0 | 0 |

| C. Number of persons receiving language assistance from: | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 2 | 2 | 0 | 0 |

| D. Absentee ballots: | Total |
|---|---|
| 1. Unchallenged ......................... | 100 |
| 2. Challenged ........................... | 0 |

# I. VOTING STATISTICS

| A. Number of persons attempting to vote at the polls | Total | Indian | Hispanic | Black | White |
|---|---|---|---|---|---|
| 1. Voting unchallenged...................... | 0 | 0 | 0 | 0 | 0 |
| 2. Voting challenged or by questioned ballot.... | 0 | 0 | 0 | 0 | 0 |
| 3. Not permitted to vote or turned away for any reason........................ | 4 | 4 | 0 | 0 | 0 |
| 4. Total of 1, 2, 3........................ | 4 | 4 | 0 | 0 | 0 |
| | | | | | |

| B. Number of persons receiving language assistance. Specify language (*e.g.* Navajo, Keresan, Towa) | Total | Indian language *Towa* | | | Spanish |
|---|---|---|---|---|---|
| | 1 | 1 | 0 | 0 | 0 |

| C. Number of persons receiving language assistance from: | Total | Election Officials | Official Interpreters | Other |
|---|---|---|---|---|
| | 2 | 2 | 0 | 0 |

| D. Absentee ballots: | Total |
|---|---|
| 1. Unchallenged ........................... | 0 |
| 2. Challenged ............................. | 0 |

# II. DESCRIPTION OF POLLING PLACE

A. Draw a diagram of the polling place which shows the following items:

(a) location of voting machines or booths.
(b) location of tables for election officials.
(c) location of any officially designated interpreters.
(d) location of voting instruction signs or cards.
(e) location of sample ballots, if any.
(f) location of telephone, if any.
(g) location of federal observers.



**B.** Was a telephone available for use at the polling place? ☑Yes ____No. If so, provide the location
and the telephone number ▓▓▓▓▓▓▓▓▓▓▓▓ _Voting Coordinators office_

Did election officials use the telephone at any time to contact county election officials? ☑Yes ____No.
If so, under what circumstances?
Check on the training date, Also A 1-800 Number was provided
to the county office.

## C. Signs

(1) Was there a sign or poster stating that language assistance to voters was available? ____Yes ☑No.

   If so, in what language(s) was the sign printed? _____

   Where was the sign placed? _____

   Was the sign placed so that it could easily be seen by voters? ____Yes ☑No. If you answer "no",
   explain.

   Did the interpreters or poll officials interpret the sign in the minority language to voters needing lan-
   guage assistance? ____Yes ☑No. If you answer "yes", explain.

(2) Was there a sign or poster explaining the voting process? ____Yes ☑No.

   If so, in what language(s) was the sign printed? _____

   Where was the sign placed? _____

   Was the sign placed so that it could easily be seen by voters? ____Yes ☑No. If you answer "no",
   explain.

   Did the interpreters or poll officials interpret the sign in the minority language to voters needing
   language assistance? ____Yes ____No. If you answer "yes", explain.

(3) Were there signs outside the polling place directing voters to the polling place? ☑Yes ____No.

   If so, in what language(s) was the sign printed? _A Large Sign by the Highway_
   Where were the signs placed? _AND ALONG the FENCE AT ENTRANCE OF
   building. Signs were IN ENglish._

# III. ELECTION OFFICIALS

A. List each **polling official** on duty. DO *NOT* INCLUDE SPECIAL INTERPRETERS.

| POLLING OFFICIAL | RACE | TITLE/FUNCTION | LANGUAGE(S) SPOKEN |
|---|---|---|---|
| Stella Panana | TOWA | Clerk | TOWA/ENGLISH |
| Martha Gachupin | TOWA | Presiding Judge | TOWA/ENGLISH |
| Annette Waquie | TOWA | Election Judge | TOWA/ENGLISH |
| Elaine Pecos | TOWA | Election Judge | TOWA/ENGLISH |
| Alberta Vigil | TOWA | Election Judge | TOWA/ENGLISH |
| | | | |
| | | | |
| | | | |

Note times each poll official was absent from the polls. DO *NOT* INCLUDE SPECIAL INTERPRETERS.

| Name | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Poll officials were present throughout the day. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

B. Did any of the poll officials identified above also provide interpretation assistance to voters (*i.e.* assistance in a minority language on how to cast the ballot or an interpretion of the contents of the ballot)?
✓ Yes ___ No.

If so, identify below:

| Name | Title | Type of Assistance Provided |
|---|---|---|
| Martha Gachupin | Presiding Judge | translation in booth |
| Elaine Pecos | Election Judge | translation in booth |
| | | |
| | | |
| | | |

C.  **Interpreters** are persons assigned specifically to provide language assistance to voters who speak a language other than English.

1. Were there interpreters assigned to the polling place? ____Yes ____No.

2. List each **interpreter** on duty. Include the time each interpreter arrived at the polls. For any interpreter who was assigned as an alternate, place a check in the "alt" box.

| INTERPRETER | RACE | LANGUAGE(S) SPOKEN | ARRIVAL TIME | ALT. |
|---|---|---|---|---|
| CLIFFORD YIGIL | TOWA | TOWA/ENGLISH | 6AM DT. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note times each interpreter was absent from the polls:

| Name | Out | In | Out | In | Out | In | Out | In |
|---|---|---|---|---|---|---|---|---|
| Interpreter was present at polling site throughout the day. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. Did any interpreters also perform other duties? If so, identify the interpreter and describe the duties performed.  Not observed.

| Interpreter | Duties Performed |
|---|---|
| | |
| | |
| | |
| | |

5

# IV. VOTING PROCEDURES

### A. Prior to opening the polls:

1. What time did the observer team arrive at the polling place? _0645 hrs._

2. What time did the election officials arrive at the polling place? _0600 hrs._ WAS told by
election
officials.

3. List the items such as envelopes, forms, notices, cards, sample ballots, challenged or questioned ballots, posters, registration lists, purge lists, inactive lists, etc., that were provided to the polling place. Identify any items printed in a language other than English and identify the additional language(s) for each such item.

1.) Sample ballots

2) Voting Machine permits/cards

3) Election Notice "KNOW your Rights" in English and Spanish.

4) Signature Roster

5) ballot box contents, provisional ballots, emergency ballots, envelopes.

4. Describe any other observations regarding the preparation of the polling place prior to the opening of the polls.

Polling officials had the precinct set up and ready to open, when Federal observers arrived. Voting Rights Coordinator had table and chairs set up for federal observers.

### 5. Poll Watchers

a. Were any poll watchers present? ____Yes __✓__No.

b. If so, obtain the following information: ⌐

| Name | Race | Candidate/Party Representing |
|------|------|------------------------------|
|      |      |                              |
|      |      |                              |
|      |      |                              |

6. What time did the polls open? *0700 ~~0700~~ ~~~~

## B. Determining A Person's Eligibility to Vote:

Each individual not permitted to vote is to be identified in **Chart B**, "Persons Not Permitted to Vote." At the end of the day those accounts are to be generalized in response to the following questions:

1. Describe generally what registration book(s) or list(s) were consulted at the entrance to the poll or the check-in table to determine the voter's registration status.



A - SIGNATURE ROSTER IS LOOKED AT - HANDS ARE NOT THEY ARE GIVEN
B - VOTING MACHINE PERMIT FORMS ??
THE CLERK LOOKS AT SIGNATURE ROSTER FOR VOTERS
NAME.
THE CLERK LOOKS AT SIGNATURE ROSTER FOR VOTERS
NAME, IF NAME IS FOUND VOTING
MACHINE PERMIT IS GIVEN TO VOTER.

2. If a person's name was not found in the registration book(s) or list(s), what further action was taken, if any, to determine the voter's registration status?

THEY WERE GIVEN A REGISTRATION
FORM

3. Did poll officials attempt to contact county election officials to verify or determine the voter's registration status?

NO

4. If a person was registered in another precinct what instruction, if any, was the voter given?

NOT OBSERVE

5. If a person was told he or she was not registered to vote, what, if anything, was the voter told to do?

THEY WERE GIVEN A REGISTRATION
FORM, THAT THEY FILL-OUT ON SITE,
THE FORM WAS RETURN TO THE
ELECTION OFFICIAL.

7

6. Were any **deputy registrars** available at or near the polling place to register persons to vote? ____Yes _X_No. If so, provide the following information:

| Name | Title | Location |
|------|-------|----------|
|      |       |          |
|      |       |          |
|      |       |          |

Did poll officials refer all persons who were not permitted to vote because they were not on the registered voter list to the deputy registrar(s) identified above to register to vote for future elections? ____Yes _X_No.

## C. Minority Language Assistance from Poll Officials and Interpreters:

### 1. General Procedures:

a. Explain generally what happens to the voter receiving language assistance from the time he/she enters the polling place until the voter leaves.

Voter enters the polling site, greeted by the INterpreter and briefly goes over sample ballot on desk. Voter proceeds to voting area where the NAme is checked on SigNature Roster. Voter is given a voting card and proceeds to machine. Most Assistance is given on the operation of the machine. This is in the towa language.

b. Were voters informed there was a time limit on how long a voter could take to cast the ballot? ____Yes _✓_No. If so, what was the time limit? _✗_ DT. Was it enforced? ____Yes _✗_No. If so, explain. DT

c. Were voters permitted to bring marked sample ballots or other election material into the voting booth? _X_Yes ____No.

d. Were there any minority voters who were unable to sign their names? ____Yes _✓_No. If so, were they offered assistance in the minority language in casting their ballot? ____Yes ____No. If not, explain.

8

e. Did any voter who requested minority language assistance fail to receive such assistance? ____Yes __✓__No. If the answer is "yes", explain the circumstances.

2. **Instructions in the Minority Language on the Procedures for Casting a Ballot:**

a. Did poll officials or interpreters provide instruction in a minority language on how to cast the ballot (e.g. how to use the machine, how to vote a straight party ticket, how to cast a write-in vote, etc.)? __✓__Yes ____No. MOSTLY OBSERVED INSTRUCTION ON HOW TO USE THE MACHINE,

b. If such instruction was given, how was it determined who received this language assistance (e.g. was each minority voter automatically given such assistance, or was help given only at the request of the voter, or did officials offer this help to only certain minority voters)? THE VOTER ASKED OFFICAL FOR ASSISTANCE, ~~BECAUSE HE COULD NOT HELP.~~

c. Who gave this instruction in how to cast a ballot in the minority language? MARTHA GACHUPIN,ELAINE PECOS INSTRUCTION WAS GIVEN IN TOWA

d. Where was it given? __✓__ inside booth ____outside booth.
If outside the booth, specify where. _____

e. If instruction in how to cast a ballot in the minority language was given outside of the voting booth, how much time generally elapsed between the completion of the instruction and the time the voter entered the booth? TEN MINUTES.

9

f. Describe in detail the basic instructions given to minority voters on the procedures for casting their ballots (e.g. how to use the machine, how to mark (punch) the ballot, how to cast a write-in vote, how to vote by party if straight-ticket voting is allowed, how many votes could be cast for a given office, etc.). Indicate when English was used and when the minority language was used.

MOST OF THE INSTRUCTION WAS IN
TOWA. THE INTERPRETER GOES OVER
THE SAMPLE BALLOT WITH THE VOTER.
THEN THE VOTER IS DIRECTED TO THE
POLLS. THE CLERK LOOKS THRU HER
ROSTER FOR THE VOTER'S NAME. IF
THE CLERK FINDS VOTERS NAME THEY
ARE GIVEN A VOTING MACHINE PERMIT
TO VOTE. (IF NOT THEY WERE GIVEN A
REGISTRATION FORM FOR NEXT VOTING
TERM.) THEN ELECTION JUDGE TELLS
VOTER TO PROCEED TO MACHINE.

If the instruction in how to cast a ballot varied during the day, describe generally when it varied and how it varied for each official.

THE INSTRUCTIONS WERE GENERALLY
THE SAME THRU OUT THE DAY.

3. **Interpretation of the Contents of the Ballot:**

Individual accounts of language assistance are to be provided in **Charts C.1, C.2 and C.3.** At the end of the day, answer the following general questions about the interpretation of the contents of the ballot:

a. Was an interpretation of the ballot provided to voters in the minority language? ✔Yes ____No.

b. If so, how was it determined who received such language assistance *(e.g.* was each minority voter automatically offered or given an interpretation of the ballot, or was help given only at the request of the voter, or did officials offer this help to only certain minority voters)?

*IF A VOTER NEEDED Assistance they generally stop*
*At the INterpreters table IN Lobby.*

c. Where was the interpretation given? ✔inside the booth ✔outside the booth. If outside the booth, specify where. *IN Lobby by INterpreter, IN booth by Judges*

d. If given **outside** the booth, (1) how long did the interpretation take? *2-3 MINutes*; and (2) how much time generally elapsed between the completion of the interpretation of the ballot and the time the voter entered the booth? *3-4 MINutes*

e. If given **inside** the booth, how long did *each* interpreter generally take to complete the interpretation? *5 MINutes*

D. **Delays in Voting:**

1. What was the average number of voters waiting in line to vote during the day? *1-2*

2. What was the average length of time voters had to wait to vote? *1 MINute*

3. Was there any time during the day when voters had to wait more than 15 minutes to vote? ____Yes ✔No. If so, provide the following information:

a. the time the line formed and the number of voters in the line: *EZ DT*

b. what voters were waiting for (*e.g.* to sign in, to receive help from an interpreter, to enter a booth):

*N/A*

c. what action, if any, poll officials took to alleviate the delay:

*N/A*

11

**E. Challenged (or Questioned) Ballots:**

Voters casting such ballots are to be identified in **Chart D**, "Voters Casting Challenged or Questioned Ballots." At the end of the day, those accounts are to be generalized in response to the following questions:

1. Were challenged or questioned ballots used?
____Yes ✓No. If so, explain generally when used.

2. Were these ballots kept separate from other ballots?
__Yes __No. N/A
DT.

**F. Training of Interpreters.** The following information regarding the county's training of interpreters should be obtained, if possible, from the interpreters or polling officials sometime before the observers leave the polling place. The information should be obtained only during times where doing so would not interrupt or interfere with the voting or assistance process.

1. Did each of the interpreters (including any poll officials who interpreted the ballot for voters) receive training from the county on **how to translate the contents of the ballot?**
✓Yes____No. If no, did they receive notice that a training session was scheduled? Explain.

Interpreter WAS AN EMERGENCY hire, WAS given brief instructions on the morning of election.

2. For each interpreter (or poll official who provided such assistance), indicate in the chart below whether they received training **specifically on how to translate the ballot**, and identify when and where each training session was held (indicate if he/she attended more than one session), approximately how long each session lasted, and who conducted the training.

| Interpreter/Official | Trained (yes – no) | When | Where | How Long | Who Conducted Training |
|---|---|---|---|---|---|
| Clifford Vigil | YES | 6-01-04 | Jemez Civic Center | 1hr. | Peter Magdalena |
| Martha Gachupin | YES | 5-03-04 | Sandoval Cty Bernalillo | 2 hrs. | Eddie Guiterrez |
| Elaine Pecos | NO | | | | |
| Annette Waquie | NO | | | | |
| Alberta Vigil | YES | 5-12-04 | Jemez Valley Mid School | 1.5 hrs. | Eddie Guiterrez Bernie Chavez |
| Stella Panana | YES | 5-12-04 | Jemez Valley Mid School | 1.5 hrs. | Eddie Guiterrez Bernie Chavez |
| | | | | | |
| | | | | | |

ELECTION OFFICIALS that could Not Attend the training had previous commitments. For Regular Judges training was only offered on 5-12-04

12

3. Did the county use an audio tape during the training session(s)? ____Yes ✓No.

4. Did the county provide a copy of the tape to each of the interpreters? ~~Yes~~ ____Yes ✓No. If so, did each of the interpreters listen to the tape after the training session? ____Yes ✓No. Did they find the tape helpful? ____Yes ____No. Describe any comments about the tape.

The Voting Coordinator recorded the tape in Town. IT is Available in his office if Anyone is requesting for it. The Interpreter has Not Listened to it yet.

5. Record any comments (good or bad) or suggestions from the interpreters about improving the training process.

Interpreter felt that more time could be placed on the Interpretation of the ballot.

G. **Procedures After the Polls Close:**

1. What time did the observers leave the polling place? 445 pm

2. What time did the polls close? __Not observed__

3. Were there any persons in line when the polls closed? ____Yes ____No. If so, how many? __Not observed__

4. Were all persons in line when the polls closed permitted to vote? ____Yes ____No. If not, who would not permit them to vote and what reasons, if any, were given?

Not observed.

# V. GENERAL

A. Describe any specific problems which occurred, but are not recorded elsewhere in the report.

The Poll officials did Not offer provisional ballots to the Voters that were turned Away.

B. Describe the nature and extent of your contact with poll officials. Describe any difficulties you had with poll officials or interpreters in performing your duties (e.g. observing assisted voters, obtaining information about persons not permitted to vote or interpreter training information).

The Poll officials were very cooperative with the Federal Observers. They responded politely to All our questions.

# CHART A (TALLY SHEET)

## PERSONS PERMITTED TO VOTE

| Time[1] | Race | Voters | | Race | | | |
|---------|------|--------|---|---|---|---|---|
| | | | T | A | B | H |
| 7-10AM | TOWA | HHT HHT HHT HHT HHT HHT HHT | 35 | x | x | x |
| | W | I | x | I | x | x |
| | B | | x | x | 0 | x |
| | H | | x | x | x | 0 |
| 10AM - 1 PM | TOWA | HHT HHT HHT HHT | 20 | x | x | x |
| | W | | x | 0 | x | x |
| | B | | x | x | 0 | x |
| | H | | x | x | x | 0 |
| 1-3PM | TOWA | HHT HHT HHT HHT | 20 | x | x | x |
| | W | | x | 0 | x | x |
| | B | | x | x | 0 | x |
| | H | | x | x | x | 0 |
| 3-4PM | TOWA | HHT HHT HHT HHT IIII | 24 | x | x | x |
| | W | | x | 0 | x | x |
| | B | | x | x | 0 | x |
| | H | | x | x | x | 0 |
| | | Total | 99 | I | 0 | 0 |

## PERSONS RECEIVING ASSISTANCE IN A MINORITY LANGUAGE

| Time | Interpreter | Voters Receiving Assistance | Total |
|------|-------------|----------------------------|-------|
| 1:30 | Gachupin | I | |
| | Pecos | | I |
| 4:30 pm | Pecos | I | I |
| | | | |
| | | | |
| | | Total | 2 |

# CHART B
# (PERSONS NOT PERMITTED TO VOTE)

| Name | Race | Time | Name | Race | Time |
|---|---|---|---|---|---|
| ███████████ | Towa | 11:40 | ███████████ | Towa | 12:40 |

| Address | Address |
|---|---|
| Jemez Pueblo, NM 87024 | Jemez Pueblo, NM 87024 |

| Language Spoken | Language Spoken |
|---|---|
| Towa | Towa |

| Name/title of official not permitting vote | Race | Name/title of official not permitting vote | Race |
|---|---|---|---|
| Martha Gachupin, Presiding Judge | Towa | Elaine Pecos, Election Judge | Towa |

| Reason for not permitting vote | Reason for not permitting vote |
|---|---|
| His name was not on the Signature Roster. | Her name was not found on the Signature Roster. |

| Specify what the official did or suggested that the voter do in order to vote. | Specify what the official did or suggested that the voter do in order to vote. |
|---|---|
| Was told that he can't vote because he changed being Democrate to Independent. Voter WAS NOT OFFERED A provisional ballot. | Told her to register so next term she will be able to vote. Voter WAS NOT OFFERED A provisional ballot. |

| Reason voter believes he/she should be permitted to vote. | Reason voter believes he/she should be permitted to vote. |
|---|---|
| Was informed by a friend that being registered as an independant, he can vote at this time. | Two weeks ago Peter Magdalena told her and her husband that they are on the roster and can vote. Also, she knows she's always voted so she was sure her name would be on the list. She's wondering why her name was not on the roster. |

| Referred to Examiner _____ Yes _X_ No | Referred to Examiner _____ Yes _X_ No |
|---|---|

# CHART B
# (PERSONS NOT PERMITTED TO VOTE)

| Name | Race Towa | Time 9:05 | Name | Race Towa | Time 9:20 AM |
|---|---|---|---|---|---|
| **Address** Jemez Pueblo, NM 87024 | | | **Address** Jemez Pueblo, New Mexico 87024 | | |
| **Language Spoken** Towa | | | **Language Spoken** Towa | | |
| **Name/title of official not permitting vote** MARTHA GACHUPIN Presiding Judge | | Race Towa | **Name/title of official not permitting vote** Alberta Vigil, Election Judge | | Race Towa |
| **Reason for not permitting vote** First time register Vote — had Not vote (or.) registered previously. Not registered to vote. | | | **Reason for not permitting vote** Her name was not on the Signature Roster. | | |
| **Specify what the official did or suggested that the voter do in order to vote.** the Presiding Judge gave him A Registration form to fill out. | | | **Specify what the official did or suggested that the voter do in order to vote.** The official gave her a registration form and the voter registered. The official was Martha Gachupin. The official did not offer the provisional ballot. | | |
| **Reason voter believes he/she should be permitted to vote.** Voter was told he would be eligible to vote in the GENERAL ELECTION, NOVEMBER | | | **Reason voter believes he/she should be permitted to vote.** The voter registered two years ago and thought she would still be registered. | | |
| Referred to Examiner ____ Yes __X__ No | | | Referred to Examiner ____ Yes __X__ No | | |

# CHART C.1
# ASSISTANCE IN A MINORITY LANGUAGE (checklist)

Voter: ████████ Race: _Towa_  Time: begin: _1:23 pm_
end: _1:30 pm_

Interpreter (or election official): _MARtha Gachupin, ELAine Pecos_  Observer: _DAVID Toledo_

Interpretation occurred: _✓_ inside booth _____ outside booth

Did the official providing interpretation perform any of the following for the voter:

|  | YES | NO |
|---|---|---|
| Ask if assistance was needed: |  | ✓ |
| Ask voter for choice of assistor: |  | ✓ |
| Interpret the **political parties** for *each candidate* on the ballot: | ✓ |  |
| Interpret each **office** on the ballot: |  | ✓ |
| Name each **candidate** on the ballot: |  | ✓ |
| Interpret each **proposition** on the ballot: |  | ✓ |
| Explain when the voter can vote for more than one candidate for an office (if applicable): |  | ✓ |
| Attempt to rush the voter through the ballot: |  | ✓ |
| Explain write-in procedures (if applicable): |  |  |

Explanation: _Election OFFiciAls tried to Assist voter whom is deaf by explaining to him the voting procedure. ████ requested Assistance from workers due to his disability said he wants to vote but he doesn't know the process. The workers explained to him that the democrats Are on the left side And Republicans Are on the right. He was told to go down office by office And vote for A person of his choice. After he decided push A button that is flashing. When he is done press the vote button to finish the process._

_Election officials were pointing And gesturing on the voting Machine While speaking it the Towa language._

# CHART C.1

# ASSISTANCE IN A MINORITY LANGUAGE (checklist)

Voter: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Race: _IOWA_   Time: begin: _425 PM_
                                                 end: _435 pm_

Interpreter (or election official): _ELAINE PECOS_   Observer: _DAVID Toledo_

Interpretation occurred: __✓__ inside booth _____ outside booth

Did the official providing interpretation perform any of the following for the voter:

|  | YES | NO |
|---|---|---|
| Ask if assistance was needed: | | ✓ |
| Ask voter for choice of assistor: | | ✓ |
| Interpret the **political parties** for *each candidate* on the ballot: | | ✓ |
| Interpret each **office** on the ballot: | | ✓ |
| Name each **candidate** on the ballot: | | ✓ |
| Interpret each **proposition** on the ballot: | | ✓ |
| Explain when the voter can vote for more than one candidate for an office (if applicable): | | ✓ |
| Attempt to rush the voter through the ballot: | | ✓ |
| Explain write-in procedures (if applicable): | | ✓ |

Explanation: _ONCE Voter stepped inside the booth the_
_ELDER realized she needed help from the election worker._
_VOTER REQUESTED for help in the operation of Voting_
_Machine, AFTER Explanation was given in the Towa_
_language voter continued her process._

# CHART C.2

# ASSISTANCE IN A MINORITY LANGUAGE (offices)

(INTERPRETER) OR (OFFICIAL) CLIFFORD VIGIL Observer: DAVID TOLEDO

**Office** | **Translation**

UNITED STATES
PRESIDENT — NOT TRANSLATED

UNITED STATES
REPRESENTATIVE-3 NOT TRANSLATED

JUSTICE OF THE
SUPREME COURT — NOT TRANSLATED

JUDGE OF COURT
OF APPEALS — NOT TRANSLATED

STATE SENATOR -22 NOT TRANSLATED

STATE REPRESENTATIVE -65 NOT TRANSLATED

DISTRICT JUDGE NOT TRANSLATED

DISTRICT ATTORNEY NOT TRANSLATED

COUNTY COMISSIONER - 5 NOT TRANSLATED

# CHART C.2

# ASSISTANCE IN A MINORITY LANGUAGE (offices)

(INTERPRETER) OR ~~OFFICIAL~~ ~~OR~~ CLIFFORD VIGIL  Observer: DAVID TOLEDO

| Office | Translation |
|---|---|
| COUNTY CLERK | NOT TRANSLATED |
| COUNTY TREASURER | NOT TRANSLATED |

# CHART C.3
# ASSISTANCE IN A MINORITY LANGUAGE (propositions)

INTERPRETER OR OFFICIAL: _____  Observer: _____

**Proposition Number**          **Translation**