# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDOVAL COUNTY, NEW MEXICO; SANDOVAL COUNTY BOARD OF COMMISSIONERS; DON LEONARD, ORLANDO LUCERO, DAVID BENCY, GLEN WALTERS, and DARRYL MADALENA, Members of the Sandoval County Board of Commissioners; and SALLY PADILLA, Sandoval County Clerk,<br><br>    Defendants. | No. 88-CV-1457-BRB-DJS |

## ORDER EXTENDING AND MODIFYING JOINT STIPULATION AND CONSENT DECREE

Before **BALDOCK**, Circuit Judge, **PARKER**, Senior District Judge, and **BLACK**, District Judge.[1]

**PER CURIAM**.

    Having considered the Amended Joint Stipulation and Consent Decree (doc. # 222), filed March 2, 2009, and the parties' Joint Motion for and Memorandum in Support of Order

---

[1] This three judge panel is convened in accordance with 28 U.S.C. § 2284 and 42 U.S.C. § 1973aa-2.

Entering Limited Consent Decree (doc. #221), filed March 2, 2009, and good cause appearing, the Court finds the terms of the Amended Joint Stipulation and Consent Decree to be fair and reasonable. Accordingly, the Court GRANTS the parties' Joint Motion for and Memorandum in Support of Order Entering Limited Consent Decree (doc. #221). The Amended Joint Stipulation and Consent Decree (doc. #222) is hereby extended until March 1, 2011.

The Court shall retain jurisdiction of this case to enter further relief or such other orders as may be necessary for the effectuation of the terms of this agreement to ensure compliance with Sections 2 and 203 of the Voting Rights Act, 42 U.S.C. §§1973 and 1973aa-1a, and the Fourteenth and Fifteenth Amendments to the United States Constitution.

SO ORDERED.

Entered for the Court,
this 3rd day of March, 2009

Bobby R. Baldock
United States Circuit Judge

James A. Parker
Senior United States District Judge

Bruce D. Black
United States District Judge