# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDOVAL COUNTY, NEW MEXICO; SANDOVAL COUNTY BOARD OF COMMISSIONERS; DON LEONARD, ORLANDO LUCERO, DONALD CHAPMAN, GLEN WALTERS, and DARRYL MADALENA, Members of the Sandoval County Board of Commissioners; and SALLY PADILLA, Sandoval County Clerk,<br><br>    Defendants. | No. 88-CV-1457-BRB-DJS |

## ORDER EXTENDING JOINT STIPULATION
## AND CONSENT DECREE 45 DAYS

Before **BALDOCK**, Circuit Judge, **BLACK**, Chief District Judge, and **PARKER**, Senior District Judge.[1]

**PER CURIAM**.

    Having considered the parties' Joint Motion for and Memorandum in Support of Order Extending Stipulation and Order 45 Days (doc. #229), filed February 28, 2011, and

---

    [1] This three judge panel is convened in accordance with 28 U.S.C. § 2284 and 42 U.S.C. § 1973aa-2.

good cause appearing, the Court GRANTS the parties' motion and extends the Stipulation and Consent Decree through April 15, 2011.

SO ORDERED.

Entered for the Court,
this 2nd day of March, 2011

_____
Bobby R. Baldock
United States Circuit Judge

_____
Bruce D. Black
United States Chief District Judge

_____
James A. Parker
Senior United States District Judge